UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCELLA BANDERAS, as Personal Representative of the Estate of JOSE BANDERAS,

    Plaintiff,

v.                        Case No:  2:14-cv-188-FtM-38DNF

CHRYSLER GROUP, LLC, a foreign corporation,

    Defendant.
_____/

### **ORDER**

This matter comes before the Court on Plaintiff Marcella Banderas' Notice of Voluntary Dismissal Without Prejudice (Doc. # 5) filed on April 21, 2014.  Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order.  Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Plaintiff voluntarily dismisses the Complaint (Doc. #1) without prejudice under Rule 41(a)(1)(A).  (Doc. #5).  Defendant Chrysler Group, LLC has not filed an answer or motion for summary judgment.  The Court, therefore, dismisses the case without prejudice.

Accordingly, it is now

**ORDERED:**

Plaintiff Marcella Banderas' Notice of Voluntary Dismissal Without Prejudice (Doc. # 5) is **GRANTED**. The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record